# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacey Reinert,<br><br>        Plaintiff,<br><br>v.<br><br>CIT Bank, N.A.,<br><br>        Defendant. | No. CV-20-02391-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismissal With Prejudice (Doc. 40). Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Doc. 40).

**IT IS FURTHER ORDERED** dismissing this action, with prejudice, in its entirety, and with each party to bear its own costs and attorneys' fees. The Clerk of Court shall terminate this case.

Dated this 11th day of February, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge